**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ABDUL WARIS AKINSANYA,   )
             )
   Petitioner,    )
             )
v.            )  Case No. CIV-26-448-J
             )
TODD BLANCHE, et al.,    )
             )
   Respondents.   )

## <u>ORDER</u>

Petitioner Abdul Waris Akinsanya, a noncitizen from Nigeria, filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [Doc. No. 10]. The matter was referred to United States Magistrate Judge Suzanne Mitchell, who issued a Report and Recommendation. [Doc. No. 14]. In the Report and Recommendation, Judge Mitchell concludes, in part, that "[w]hile Petitioner may be unable to challenge his detention purely on *Zadvydas* grounds, he may bring an as-applied constitutional challenge to his detention." [Doc. No. 14 at 14]. Applying the three-part *Mathews* balancing test, Judge Mitchell recommends the Court order Respondents to provide Petitioner with an individualized bond hearing before a neutral immigration judge. *Id.* at 14–21. Both parties filed a timely objection, specifically contesting the recommendation for a bond hearing. [Doc. Nos. 15–16].

Having reviewed all submissions, the Court concludes that the present record is insufficiently developed to resolve Petitioner's as-applied due process challenge to his continued detention. Specifically, the current record contains limited information concerning the procedures that have been employed to review Petitioner's continued detention.

Accordingly, the parties are ORDERED to submit supplemental briefs addressing:

1.     The custody-review procedures applied to Petitioner since Immigration and Customs Enforcement took Petitioner into custody, including the timing, nature, and results of any such custody-review procedures;

2.     The standards and evidence relied upon during any such custody-review procedures, including the extent to which Petitioner was permitted to participate, present evidence, rebut adverse information, or seek review before a neutral decisionmaker; and

3.     The appropriate remedy, assuming Petitioner has a viable as-applied due process claim.

Respondents shall also file copies of all custody-review determinations, notices, and supporting records relevant to Petitioner's detention.

Supplemental briefs shall not exceed ten pages and shall be filed no later than May 27, 2026.

IT IS SO ORDERED this 20th day of May, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

2