**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ABDUL WARIS AKINSANYA,            )
                                  )
              Petitioner,         )
                                  )
v.                                )        Case No. CIV-26-448-J
                                  )
TODD BLANCHE, et al.,             )
                                  )
              Respondents.        )

## ORDER

On May 20, 2026, the Court ordered supplemental briefing.  [Doc. No. 17].  Currently pending is Respondents' motion to extend the deadline to file its supplemental briefing by seven days.  (Motion) [Doc. No. 18].  Respondents "attempted to confer with counsel for Petitioner via email" but received no response at the time of filing the Motion.  *Id*.  Given the nature of these proceedings, the Court shortens Petitioner's deadline to file any optional response to the Motion to May 22, 2026.

IT IS SO ORDERED this 21st day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE